IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACI TENTROMONO and<br>MICHAEL TENTROMONO,<br><br>    Plaintiffs<br>  v.<br><br>AMC THEATRES INC., AMERICAN<br>MULTI-CINEMA INC., AMERICAN<br>MULTI CINEMA INC., AMC THEATRES<br>AND AMC ENTERTAINMENT<br>HOLDINGS INC., D/B/A AMC CLASSIC<br>SELINSGROVE 12 THEATRE #4419<br>AMC THEATRES, AMC CINEMAS,<br>& AMC MULTI-CINEMAS<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. : 23-cv-01979 |

## STIPULATION TO REMAND AND CAP DAMAGES

**AND NOW**, this 16th day of January 2024, it is hereby **AGREED** and **STIPULATED** by and between the parties, by and through their undersigned counsel, that Plaintiffs' claim for damages, and therefore their recovery at trial, and/or any other adjudication of this matter, is capped at and shall not exceed $75,000, exclusive of any interest, delay damages, taxable court/record costs and/or penalties to the extent applicable; therefore, it is also **AGREED** and **STIPULATED** between the parties, by and through their undersigned counsel, that this matter is hereby remanded from the United States District Court for the Middle District of Pennsylvania to the Court of Common Pleas of Schuylkill County.

| | |
|---|---|
| **ANTHONY URBAN, P.C.** | **KENNEDYS CMK, LLP** |
| | |
| By: _/s/ *Anthony James Urban*_____ | By: __/s/ *Ralph J. Luongo*____ |
| ANTHONY JAMES URBAN, ESQ. | RALPH J. LUONGO, ESQ. |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| | American Multi-Cinema, Inc. |
| | |
| Dated: January 16, 2024 | Dated: January 16, 2024 |