IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACI TENTROMONO, et al., | Civil No. 3:23-CV-1979 |
| Plaintiffs, | |
| v. | |
| AMC THEATRES INC., et al., | (Magistrate Judge Bloom) |
| Defendants. | |

## ORDER

AND NOW, this 17th day of January 2024, upon consideration of the parties' stipulation to remand this case to state court and cap damages at $75,000.00 (Doc. 5), IT IS HEREBY ORDERED THAT the parties' stipulation is APPROVED, and this case shall be remanded to the Court of Common Pleas of Schuylkill County.

S/ Daryl F. Bloom
Daryl F. Bloom
United States Magistrate Judge